# Court of Appeals
# of the State of Georgia

ATLANTA, __April 29, 2021__

*The Court of Appeals hereby passes the following order:*

**A21A0013.  STARBUCKS CORPORATION v. KUNITZ.**

We granted Starbucks Corporation's application for discretionary review of the trial court's denial of Starbucks's motion under OCGA § 9-11-60 (d) (3) to set aside a default judgment and award of damages to Jeanette Kunitz. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__ 04/29/2021__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen